# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 171 EAL 2023

     Respondent                 :

                                   :    Petition for Allowance of Appeal
                                   :    from the Order of the Superior Court

     v.                          :

CHRISTOPHER RUSSELL,            :

     Petitioner                  :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 172 EAL 2023

     Respondent                  :

                                   :    Petition for Allowance of Appeal
                                   :    from the Order of the Superior Court

     v.                          :

CHRISTOPHER RUSSELL,            :

     Petitioner                  :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 173 EAL 2023

     Respondent                  :

                                   :    Petition for Allowance of Appeal
                                   :    from the Order of the Superior Court

     v.                          :

CHRISTOPHER RUSSELL,            :

     Petitioner                  :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 174 EAL 2023

     Respondent                  :

                                   :    Petition for Allowance of Appeal
                                   :    from the Order of the Superior Court

     v.                          :

CHRISTOPHER RUSSELL,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :    No. 175 EAL 2023

    Respondent

                           Petition for Allowance of Appeal
                           from the Order of the Superior Court

    v.

CHRISTOPHER RUSSELL,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :    No. 176 EAL 2023

    Respondent

                           Petition for Allowance of Appeal
                           from the Order of the Superior Court

    v.

CHRISTOPHER RUSSELL,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :    No. 177 EAL 2023

    Respondent

                           Petition for Allowance of Appeal
                           from the Order of the Superior Court

    v.

CHRISTOPHER RUSSELL,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,     :    No. 178 EAL 2023

    Respondent

|                                              |   |                                                        |
|----------------------------------------------|---|--------------------------------------------------------|
|                                              | : | Petition for Allowance of Appeal                       |
| v.                                           | : | from the Order of the Superior Court                   |
|                                              | : |                                                        |
|                                              | : |                                                        |
| CHRISTOPHER RUSSELL,                         | : |                                                        |
|                                              | : |                                                        |
| Petitioner                                   | : |                                                        |
|                                              |   |                                                        |
| COMMONWEALTH OF PENNSYLVANIA,                | : | No. 179 EAL 2023                                       |
|                                              | : |                                                        |
| Respondent                                   | : |                                                        |
|                                              | : | Petition for Allowance of Appeal                       |
| v.                                           | : | from the Order of the Superior Court                   |
|                                              | : |                                                        |
|                                              | : |                                                        |
| CHRISTOPHER RUSSELL,                         | : |                                                        |
|                                              | : |                                                        |
| Petitioner                                   | : |                                                        |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.